IN THE SUPREME COURT OF THE STATE OF NEVADA

BANK OF AMERICA, N.A.,
                 Appellant,
           vs.
NV EAGLES, LLC, A NEVADA
LIMITED LIABILITY COMPANY,
                 Respondent.

No. 80422

**FILED**

MAY 03 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
       DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:     Hon. William D. Kephart, District Judge
        Stephen E. Haberfeld, Settlement Judge
        Akerman LLP/Las Vegas
        Hong & Hong
        Eighth District Court Clerk

21-12623